Bailey
*vs.*
March.

—»»•❀●««—

## TOWN OF CONWAY *vs.* TOWN OF WAKEFIELD.

When notice is served upon a town, that a pauper has become chargeable, it must be returned to the court of common pleas within twenty days, otherwise it will not be held legal.

THIS was an action of *assumpsit* for the support of a pauper, alleged to be settled in the town of *Wakefield*.

Upon opening the cause to the jury here, at February term, 1825, it appeared, that on the 4th October, 1822, a notice was served upon the town of *Wakefield*, that the pauper had become chargeable ; but no return of the notice was made to the clerk's office, until the 12th November, 1822 ; and the court, being of opinion that the notice was not sufficient, directed a non-suit to be entered, subject to the opinion of the court upon the legality of the said notice.

*Cutler* and *Woodbury*, for plaintiffs.

*Sawyer*, for defendants.

*By the court.* An action is given by statute to a town, which relieves a pauper, with whose maintenance another town is chargeable ; " Provided, that in all cases notice " in writing, signed by a majority of said selectmen, or over- " seers, and stating the sums expended by them for the re- " lief of such poor person, shall be given, in the manner " hereinafter mentioned, to the town, place, or person, " chargeable by law with the maintenance of such poor per- " son, within ninety days from the time the first relief shall " have been so afforded ; and such notice shall be served " on the town, that may be chargeable, by the sheriff of the

" county, in which such town lies, or his deputy, by leaving " an attested copy of such notice, with his return thereon, " with one at least of the selectmen, or overseers of the " poor, and with the clerk of such town or place ; and upon " any person, who may be chargeable, as aforesaid, by giv- " ing him an attested copy of the notice, with his return " thereon, or by leaving an attested copy thereof at his or " her last and usual place of abode ; and the sheriff or depu- " ty, serving the same, shall, within twenty days from the " time of the service thereof, make a return of the original " notice, with his doings therein, to the clerk of the court " of common pleas for said county, &c. And no action shall " be sustained against any town, or person, for any sums ex- " pended as aforesaid, unless such notice has been given in " the manner aforesaid." 1 *N. H. Laws* 360.

The question to be decided in this case is, whether a return of the notice, within the time prescribed by the statute, is a pre-requisite essentially necessary to the main-tenance of the action ? In giving a construction to this statute, we have always adopted it as a rule, to follow the plain let-ter ; and it seems to us, that, taking the whole proviso to-gether, the last clause, which declares, that no action shall be sustained, " unless such notice shall be given in the man- " ner aforesaid," must be understood to mean a notice made in the form, served in the manner, and returned within the time, which the statute requires. We think, that the clause, respecting the return, is part of the proviso, and that a com-pliance with its requisitions is as essential, as a compliance with any other part of the proviso. Such being, in our opin-ion, the obvious meaning of the statute, there must be

*Judgment on the non-suit.*